**SCHLANGER LAW GROUP** LLP

> Application granted. Because the date to file an amended pleading selected by the parties falls on a Saturday, Plaintiff's amended complaint is due by 11/23/2020. Defendants' answers or motions with respect to the amended complaint are due 12/21/2020.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
> November 2, 2020

VIA ECF

Hon. Philip M. Halpern
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:          *Ruffin, et al. v. Kirschenbaum & Phillips, P.C., et al.*
    Case #:      7:20-cv-05422-PMH

Your Honor:

    I am counsel for Plaintiff in the above-referenced putative class action, brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1691, *et seq*. and state laws. I write on behalf of all parties with regard to the scheduling issues set forth below.

    Plaintiff recently reviewed and responded in detail to a letter dated October 20, 2020 from counsel for Defendant K&P outlining its anticipated motion to dismiss.

    Similarly, Plaintiff recently reviewed and responded in detail to a letter dated October 20, 2020 from counsel for Defendants LVNV Funding, LLC; Resurgent Capital Services, Limited Partnership; and Sherman Financial Group, LLC outlining their anticipated motion to dismiss.

    Plaintiff's responses took issue with various factual and legal contentions advanced by Defendants but also indicated that, as contemplated by Your Honor's Individual Practice Rule 4(C)(ii), Plaintiff wishes to amend to further address various issues raised in the letter exchange process.

    Defendants consent to the amendment and the parties jointly propose the following schedule:

- Plaintiff to file his amended complaint on or before November 21, 2020;
- Defendants to answer or otherwise respond (using the procedures set forth in Your Honor's Individual Practice Rule 4(C)(iv)) on or before December 21, 2020.

    The parties' respectfully request that the Court approve these deadlines.

                                                        Respectfully,

                                                        */s/Daniel A. Schlanger*

                                                        Daniel A. Schlanger

cc: all counsel of record

T. 212.500.6114
F. 646.612.7996
E. dschlanger@consumerprotection.net

80 Broad Street
Suite 1301
New York, NY 10004