PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (646) 808-6358



<u>Via ECF</u>
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 11201

> Application granted. Defendants' motion shall be served by 3/30/2021; Plaintiff's opposition shall be served by 4/30/2021; reply shall be served 5/10/2021; and all motion papers shall be filed on the reply date, 5/10/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 26, 2021

      Re: **<u>Ronald Ruffin v. Kirschenbaum & Phillips, P.C., et al.</u>**
            **Case No.: 7-20-cv-05422-PMH**

Dear Judge Halpern:

      We represent Defendants LVNV Funding, LLC, Resurgent Capital Services, Limited Partnership, and Sherman Financial Group, LLC in the above-referenced matter. We write on behalf of all Defendants, with the consent of Plaintiff, to request a brief extension of time to serve Defendants' Motion to Dismiss on Plaintiff. Defendants previously requested and Your Honor granted a week extension pursuant to which Defendants' moving papers were to be served on Plaintiff on March 26, 2021. Plaintiff's opposition is currently due on April 22, 2021 and Defendants' reply is due on May 6, 2021.

      With the proposed modification, Defendants' moving papers would be due on March 30, 2021, Plaintiff's opposition would be due on April 30, 2021 and Defendants' reply would be due on May 10, 2021.

      Defendants are requesting the modification because Defendants' joint moving papers require the review and approval of multiple clients. The need for review and approval of multiple parties has made the current schedule difficult for Defendants.

      We thank the Court for its consideration.

                                                Respectfully submitted,

                                                GORDON REES SCULLY MANSUKHANI, LLP

                                                */s/ Peter G. Siachos*

PETER G. SIACHOS

cc: All Counsel of Record (via ECF)