UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Ronald Ruffin, on behalf of himself and all
others similarly situated,

                        Plaintiff,

-against-

Kirschenbaum & Phillips, P.C.;
LVNV Funding, LLC;
Resurgent Capital Services Limited Partnership,
a/k/a Resurgent Capital Services LP, f/k/a
Alegis Group Limited Partnership;
Sherman Financial Group LLC,

                        Defendants.
---------------------------------------------------------X

Case No. 7:20-cv-5422 (PMH)

**OFFER OF JUDGMENT**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 68, Defendants Kirschenbaum & Phillips, P.C. and LVNV Funding, LLC (collectively, "Defendants") hereby offer to allow Plaintiff Ronald Ruffin ("Plaintiff") to take a judgment on his claims against Defendants, in the total amount of ten thousand dollars and zero cents ($10,000.00), plus reasonable attorneys' fees and taxable costs as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that this offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damage. If this offer is not accepted in writing within fourteen (14) days after it is served, it shall be deemed withdrawn.

Dated: September 22, 2022

                        **KAUFMAN DOLOWICH & VOLUCK, LLP**

                        By:   /s/ Brett A. Scher
                               Brett A. Scher, Esq.
                               Adam M. Marshall, Esq.
                               *Attorneys for Defendant*
                               *Kirschenbaum & Phillips, P.C.*
                               135 Crossways Park Dr., Suite 201
                               Woodbury, New York 11797
                               (516) 681-1100

**GORDON REES SCULLY MANSUKHANI, LLP**

By:   /s/ Peter G. Siachos
      Peter G. Siachos, Esq.
      *Attorneys for Defendant*
      *LVNV Funding, LLC*
      18 Columbia Turnpike, Suite 200
      Florham Park, NJ 07932
      (973) 549-2500

To: Daniel A. Schlanger, Esq.
    Arjun Shah, Esq.
    Schlanger Law Group LLP
    *Attorneys for Plaintiff*
    80 Broad Street, Suite 1301
    New York, NY 10004
    (212) 500-6114
    (Via Regular Mail & Email)

    Jason Mays, Esq.
    Hudson Valley Justice Center
    *Co-counsel for Plaintiff*
    19 Court Street, Suite 204
    White Plains, NY 10601
    (914) 308-3490
    (Via Email)